IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CATHY McCLEASE : CIVIL ACTON
:
v. :
:
CAROLYN W. COLVIN, :
Acting Commissioner of Social Security : NO. 12-3939

O R D E R

WILLIAM H. YOHN, JR., J.

AND NOW, this *17* day of *Oct.*, 2013, upon consideration of the

Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of

the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED

that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Claimant's Request for Review is GRANTED IN PART and DENIED IN

PART; and

3. The matter shall be remanded for re-assessment of the evidence regarding her uterine

disorder.

BY THE COURT:

WILLIAM H. YOHN, JR., J.